UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHENMING HOLDINGS (HONG KONG)
LIMITED, *a Hong Kong limited company,*

Plaintiff,

-against-

JOHN DOES 1-10, individuals and/or entities
whose names are currently unknown to Plaintiff,

Defendants.

Civil Case No. 1:24-cv-00935-KPF

**DECLARATION OF
VINCENT FILARDO, JR., ESQ.
IN SUPPORT OF
PLAINTIFF'S MOTION
FOR EXPEDITED DISCOVERY**

I, Vincent Filardo, Jr., the undersigned, hereby declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at the law firm of King & Wood Mallesons LLP, counsel for Plaintiff Chenming Holdings (Hong Kong) Limited ("Chenming" or "Plaintiff") in the above captioned matter.  I am fully familiar with the proceedings in this action.  I submit this declaration in support of Plaintiff's Motion for Expedited Discovery ("Motion"), the declaration is based on my personal knowledge of the facts set forth herein.

2.      Attached hereto as **Exhibits A through C** are true and correct copies of form subpoenas that Plaintiff proposes to serve on the non-party banks and banking associations: (i) Citibank, N.A., New York; (ii) JPMorgan Chase & Co.; and (iii) Community Federal Savings Bank.

DATED:      February 26, 2024
            New York, New York

                    */s/ Vincent Filardo, Jr.*
                    Vincent Filardo, Jr.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Since the identities of Defendants are unknown to Plaintiff, I was unable to send a copy of the foregoing document and the accompanying motion papers to Defendants or their counsel at this time.

By:  <u>*/s/ Vincent Filardo, Jr.*</u>
           Vincent Filardo, Jr.