UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company,*<br><br>Plaintiff,<br><br>-against-<br><br>JOHN DOES 1-10, individuals and/or entities whose names are currently unknown to Plaintiff,<br><br>Defendants. | Civil Case No. 1:24-cv-00935-KPF |

## ORDER ON MOTION FOR EXPEDITED DISCOVERY

Upon consideration of (i) Plaintiff Chenming Holdings (Hong Kong) Limited's Motion for Expedited Discovery, by and through its counsel King & Wood Mallesons LLP, for an Order to conduct expedited discovery to identify Defendants John Does pursuant to Fed. R. Civ. P. 26(d)(1); (ii) the supporting declarations of Vincent Filardo, Jr., Esq., Chunxing Zheng, and Xianhong Xu; and (iii) upon all other pleadings and proceedings had herein in; it is

**ORDERED** that Plaintiff's Motion for Expedited Discovery is granted; and it is further

**ORDERED** that Plaintiff is authorized to conduct immediate discovery pursuant to Fed. R. Civ. P. 45 by serving subpoenas in substantially the form set forth in Exhibits A to C of the Declaration by Vincent Filardo, Jr., (Dkt. #9-2, 9-3, 9-4), upon the following banks and banking associations: (1) Citibank, N.A., New York; (2) JPMorgan Chase & Co.; and (3) Community Federal Savings Bank (collectively, "Banks"); and it is further

**ORDERED** that Plaintiff shall attach a copy of this Order to all subpoenas served pursuant to this Order; and it is further

**ORDERED** that the Banks shall comply with subpoenas served pursuant to this Order in accordance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, and the Individual Practices of this Court.

```
The Clerk of Court is directed to terminate the pending motion
at docket entry 8.
```

SO ORDERED.

Dated: New York, New York
      February 27, 2024

*[signature]*
_____
Honorable Katherine Polk Failla
United States District Judge