| *Attorney or Party without Attorney:*<br>Vincent Filardo, Jr. Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>  *Telephone No:* 347-926-7578<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>921-0012528 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>In The United States District Court For The Southern District Of New York ||||
| *Plaintiff:* Chenming Holdings (Hong Kong) Limited<br>*Defendant:* John Does 1-20, etc. ||||

| **PROOF OF SERVICE** | *Hearing Date:*<br>3/25/24 | *Time:*<br>9:00am | *Dept/Div:* | *Case Number:*<br>1:24-cv-00935-KPF |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:    JP Morgan Chase N.A. and JP Morgan Chase Securities
   b. Person served:   Carlos Bobe, Authorized to Accept Service for CT Corporation System, Agent for Service of Process

4. Address where the party was served:   28 Liberty St, New York, NY 10005

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 12 2024 (2) at: 01:52 PM

6. **Person Who Served Papers:**
   a. Eric Goldklank #1298914
   **b. FIRST LEGAL**
     3600 Lime Street, Suite 626
     RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee* for Service was:
   e. Lexitas
     1235 Broadway 2nd floor
     NY, NY 10001

7. *I declare under penalty of perjury that the foregoing is true and correct.*



3/14/2024
(Date)              (Signature)

**PROOF OF SERVICE**

10588180
(379645)