| Attorney or Party without Attorney:<br>Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>Telephone No: 347-926-7578<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>921-0012528 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The Southern District Of New York | | |
| Plaintiff: Chenming Holdings (Hong Kong) Limited<br>Defendant: John Does 1-20, etc. | | |

| **PROOF OF SERVICE** | Hearing Date:<br>4/22/24 | Time:<br>9:00am | Dept/Div: | Case Number:<br>1:24-cv-00935-KPF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Subpoena to Produce Documents, Information, or Objects and Subpoena to Testify at a Deposition in a Civil Action; Discovery Confidentiality Order; Order on Motion for Expedited Discovery; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:    JP Morgan Chase N.A. and JP Morgan Chase Securities
   b. Person served:  Mohammad Dansoko, Authorized to Accept Service for CT Corporation System, Agent for Service of Process

4. Address where the party was served:   28 Liberty Street, New York, NY 10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 02 2024 (2) at: 01:23 PM

6. **Person Who Served Papers:**
   a. Eric Goldklank #1298914
   **b. FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. **The Fee** for Service was:
   e. Lexitas
      1235 Broadway 2nd floor
      NY, NY 10001

7. I declare under penalty of perjury that the foregoing is true and correct.



_____   _____
(Date)                                  (Signature)



PROOF OF SERVICE

10781216
(380784)