

500 Fifth Avenue
50th Floor
New York, New York 10110

T +1 212 319 4755

www.kwm.com

May 1, 2024

Via ECF

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *Chenming Holdings (Hong Kong) Limited v. John Does 1-10*
      Case No. 1:24-cv-00935-KPF

Dear Judge Failla:

    This Firm represents Plaintiff Chenming Holdings (Hong Kong) Limited ("Plaintiff" or "Chenming") in the above-captioned action. We write pursuant to Section 2(C) of Your Honor's Individual Practices to respectfully request an adjournment of the initial pre-trial conference, scheduled for today, May 1, 2024, at 02:30PM.

    Plaintiff remains in the midst of non-party discovery seeking to identify putative defendants in the above referenced action so that it may amend its Complaint and serve process on defendants. After its most recent letter to the Court dated April 16, 2024 (*see* ECF No. 21), Plaintiff has confirmed that non-party Citibank, N.A. ("Citi") will be making a supplemental production in the next two to three weeks, and has issued for service today subpoenas on non-parties Jaitegh Singh and Jurist IQ pursuant to Your Honor's Memorandum Endorsement. *See* ECF No. 22.

    Plaintiff will keep the Court apprised of any new material developments in non-party discovery. Thank you for Your Honor's consideration.

Dated:  May 1, 2024

                                                     Respectfully,

                                                */s/ Vincent Filardo, Jr.*
                                                    Vincent Filardo, Jr.
                                                    Aaron T. Wolfson

                                        500 Fifth Avenue, 50th Floor
                                        New York, NY 10110
                                        (212) 319-4755
                                        vincent.filardo@us.kwm.com
                                        aaron.wolfson@us.kwm.com

Application GRANTED.  The initial pretrial conference scheduled for May 1, 2024, is hereby ADJOURNED *sine die*.  Plaintiff shall file an update on the status of all outstanding non-party discovery and its intent to file an amended Complaint on or before **June 1, 2024**.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:    May 1, 2024
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE