| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>Telephone No: 347-926-7578 | |

| Attorney For: Plaintiff | Ref. No. or File No.:<br>921-0012528 |
|---|---|

**Insert name of Court, and Judicial District and Branch Court:**
In The United States District Court For The Southern District Of New York

Plaintiff: Chenming Holdings (Hong Kong) Limited
Defendant: John Does 1-20, etc.

| PROOF OF SERVICE | Hearing Date:<br>5/20/24 | Time:<br>9:00am | Dept/Div: | Case Number:<br>1:24-cv-00935-KPF |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3.   a.   *Party served:*      Jaitegh Singh
     b.   *Person served:*     Flor "Doe", Employee , Hispanic , Female , Age: 51-65 , Hair: Brown , Height: 5'4" , Weight: 140

4. *Address where the party was served:*   305 Broadway 7th Floor, New York, NY 10007

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, May 07 2024 (2) at: 05:16 PM

6. **Person Who Served Papers:**
   a. Raed Ibrahim #132 6602                              d. *The Fee for Service was:*
   b. **FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7.   *I declare under penalty of perjury that the foregoing is true and correct.*

_____5/10/24_____            _____
(Date)                                              (Signature)



PROOF OF
SERVICE

10995578
(385176)