| Attorney or Party without Attorney:<br>Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>　Telephone No: 347-926-7578<br><br>　　Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>921-0012528 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | |
| Plaintiff: Chenming Holdings (Hong Kong) Limited<br>Defendant: Val Sklarov, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00935-KPF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED AMENDED COMPLAINT AND JURY TRIAL DEMANDED

3. a. Party served:    Val Sklarov
   b. Person served:   Posted on Door pursuant to NY CPLR 308 (4)

4. Address where the party was served:   142 Gold Springs Court, Canton, GA 30114

5. I served the party:
   a. **by affixing to door under NY CPLR 308(4)** by affixing the summons to the door of either the actual place of business, dwelling place or usual place of abode within the state of the person to be served on: Wed, Jul 31 2024 at: 4:35 PM

   b. **by mailing** the summons to such person at his or her last known residence or by mailing the summons by first class mail to the person to be served at his or her actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served

6. **Person Who Served Papers:**
   a. Frank James
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury that the foregoing is true and correct.

8/5/24
(Date)                                              (Signature)



PROOF OF SERVICE

11522401
(389698)

| Attorney or Party without Attorney:<br>Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>Telephone No: 347-926-7578<br><br>Attorney For: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.:<br>921-0012528 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | | |
| Plaintiff: Chenming Holdings (Hong Kong) Limited<br>Defendant: Val Sklarov, et al. | | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00935-KPF | |

1. I, Frank James, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Val Sklarov as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; VERIFIED AMENDED COMPLAINT AND JURY TRIAL DEMANDED

**Attempt Detail**

1) Unsuccessful Attempt by: Frank James () on: Jul 25, 2024, 12:58 pm EDT at 1301 Shiloh Road Northwest Suite 1231, Kennesaw, GA 30144
The tenants at this location moved out approximately one and a half years ago. Subjects are not located here.

6. Person Who Served Papers:
   a. Frank James
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. The Fee for Service was:

4. I declare under penalty of perjury that the foregoing is true and correct.

_____8/2/24_____        _____
      (Date)                      (Signature)



AFFIDAVIT OF
DUE DILIGENCE

11482427
(389436)

| Attorney or Party without Attorney: <br> Vincent Filardo, Jr., Esq. <br> King & Wood Mallesons <br> 500 Fifth Avenue 50th Floor <br> New York, NY 10110 <br>   *Telephone No:*  347-926-7578 |  | For Court Use Only |
|---|---|---|
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* <br> 921-0012528 | |

| *Insert name of Court, and Judicial District and Branch Court:* <br> USDC-Southern District of New York |
|---|
| *Plaintiff:*   Chenming Holdings (Hong Kong) Limited <br> *Defendant:*  Val Sklarov, et al. |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:24-cv-00935-KPF |
|---|---|---|---|---|

1. I, Kyle Clutter , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Val Sklarov as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; VERIFIED AMENDED COMPLAINT AND JURY TRIAL DEMANDED

| Attempt Detail |
|---|
| 1) Unsuccessful Attempt by: Kyle Clutter () on: Jul 25, 2024, 10:42 am CDT at 736 Western Avenue Suite 301 , Lake Forest, IL 60045 Bad address-This is a Lake Forest Pack and Ship and spoke with the owner who said the subject rented a box for 301 but no longer does and they don't have forwarding information. |

6. **Person Who Served Papers:**
   a. Kyle Clutter
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. **The Fee** for Service was:

4. *I declare under penalty of perjury that the foregoing is true and correct.*

08/01/2024  
(Date)

*Kyle Clutter*  
(Signature)



AFFIDAVIT OF  
DUE DILIGENCE

11482433  
(389437)

| Attorney or Party without Attorney:<br>Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>  Telephone No: 347-926-7578<br>   Attorney For: Plaintiff | Ref. No. or File No.:<br>921-0012528 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | |
| Plaintiff: Chenming Holdings (Hong Kong) Limited<br>Defendant: Val Sklarov, et al. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>1:24-cv-00935-KPF |

1. I, Frank James, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Val Sklarov as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; VERIFIED AMENDED COMPLAINT AND JURY TRIAL DEMANDED

**Attempt Detail**

1) Unsuccessful Attempt by: Frank James () on: Jul 2, 2024, 9:17 pm EDT at 142 Gold Springs Court, Canton, GA 30114
No vehicles. No lights were illuminated inside the residence

2) Unsuccessful Attempt by: Frank James () on: Jul 3, 2024, 12:02 pm EDT at 142 Gold Springs Court, Canton, GA 30114
No answer and no activity seen in the home.

3) Unsuccessful Attempt by: Frank James () on: Jul 6, 2024, 4:18 pm EDT at 142 Gold Springs Court, Canton, GA 30114
No answer. No activity. No vehicles. No lights were illuminated inside the residence.

4) Unsuccessful Attempt by: Frank James () on: Jul 7, 2024, 7:20 am EDT at 142 Gold Springs Court, Canton, GA 30114
No answer. No activity. No vehicles. No lights were illuminated inside the residence.

5) Unsuccessful Attempt by: Frank James () on: Jul 12, 2024, 6:33 pm EDT at 142 Gold Springs Court, Canton, GA 30114
No answer. No activity. No vehicles. No lights were illuminated inside the residence. The package from the first attempt was still on the front door.

6) Unsuccessful Attempt by: Frank James () on: Jul 14, 2024, 3:47 pm EDT at 142 Gold Springs Court, Canton, GA 30114
No changes. No answer. No activity. No vehicles. No lights were illuminated inside the residence. The package from the first attempt was still on the front door.

7) Unsuccessful Attempt by: Frank James () on: Jul 20, 2024, 10:22 am EDT at 142 Gold Springs Court, Canton, GA 30114
No changes. No answer. No activity. No vehicles. No lights were illuminated inside the residence. The package from the first attempt was still on the front door.



AFFIDAVIT OF
DUE DILIGENCE

11343911
(388373)
Page 1 of 2

| Attorney or Party without Attorney:<br>Vincent Filardo, Jr., Esq.<br>King & Wood Mallesons<br>500 Fifth Avenue 50th Floor<br>New York, NY 10110<br>  Telephone No: 347-926-7578<br>  Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>921-0012528 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | |
| Plaintiff: Chenming Holdings (Hong Kong) Limited<br>Defendant: Val Sklarov, et al. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00935-KPF |

6. **Person Who Served Papers:**
   a. Frank James
   b. **FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee for Service was:*

4.  *I declare under penalty of perjury that the foregoing is true and correct.*

   7/25/24
   _____         _____
       (Date)                    (Signature)



AFFIDAVIT OF
DUE DILIGENCE

11343911
(388373)
Page 2 of 2