UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company,*

                Plaintiff,

-against-

Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh, Jurist IQ Corp, Sierra Universal Corp, UPC Holdings Ltd, Lviv Estate Holdings Ltd, C Vanderbilt Management Ltd.,

                Defendants.

Civil Case No. 1:24-cv-00935-KPF

**Declaration of Service**

I, Aaron T. Wolfson, state and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney at the law firm of King & Wood Mallesons LLP ("KWM") and counsel to Plaintiff Chenming Holdings (Hong Kong) Limited ("Plaintiff").

2.      On July 1, 2024, I caused copies of the Amended Complaint (ECF No. 30) and summons (ECF Nos. 41 and 42) to be delivered to defendants Jaitegh "JT" Singh and Jurist IQ Corp.

3.      On the same day, I sent a copy of the Amended Complaint to defendants Jaitegh "JT" Singh and Jurist IQ Corp's counsel, Mr. Jeff Udell (judell@wmhwlaw.com), at Walden Macht Haran & Williams LLP, via email, and inquired whether Mr. Udell was authorized to accept service on behalf of these defendants.

4.      On July 11, Mr. Udell responded via email that he and his firm were authorized to accept service on behalf of defendants Jaitegh "JT" Singh and Jurist IQ Corp under the condition that the defendants be given 60 days to answer or otherwise respond to the Amended Complaint.

1

5.     Accordingly, Mr. Udell and I agreed to extend the deadline for defendants Jaitegh "JT" Singh and Jurist IQ Corp to respond to the Amended Complaint to September 3, 2024.

6.     On August 5, 2023, Mr. Udell informed me that he and his firm no longer represent defendants Jaitegh "JT" Singh and Jurist IQ Corp, and asked me to direct future communications to Mr. Nick Pujji of Dentons, who acts as counsel to the defendants.

7.     On August 6, I informed Mr. Pujji via email that I would be filing this declaration with the Court today.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        August 6, 2024

                                              Respectfully submitted,
                                              KING & WOOD MALLESONS LLP

                                              By:   */s/Aaron T. Wolfson*
                                                      Aaron T. Wolfson