大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

August 22, 2024

**VIA ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Chenming Holdings (Hong Kong) Limited v. Sklarov et. al*, Case No. 1:24-cv-00935-KPF

Dear Judge Failla:

We represent Defendant Jaitegh "JT" Singh and Defendant Jurist IQ Corp. (collectively, "Defendants") in the above-referenced matter. We respectfully move the Court to extend Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint from September 3, 2024 to September 13, 2024.

Plaintiff's counsel has consented to this extension, which will provide some additional time for Defendants' counsel to investigate and the parties to communicate regarding Plaintiff's allegations. This Court granted a prior extension on August 12, 2024 (Dkt #57).

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

**Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ►
**Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ►
**Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms

Application GRANTED.  Defendants Jaitegh "JT" Singh and Jurist IQ Corp. shall answer, move, or otherwise respond to the Amended Complaint on or before **September 13, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 58.

Date:    August 23, 2024         SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE