UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAL SKLAROV, TETYANA SKLAROV, JAITEGH "JT" SINGH, JURIST IQ CORP, SIERRA UNIVERSAL CORP, UPC HOLDINGS LTD, LVIV ESTATE HOLDINGS LTD, and C VANDERBILT MANAGEMENT LTD.,<br><br>　　　　Defendants. | Case No. 24-cv-935 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Sierra Universal Corp., UPC Holdings, Ltd., Lviv Estate Holdings, Ltd. and C Vanderbilt Management, Ltd., state as follows:

Sierra Universal Corp. ("SUC") is a Wyoming business corporation with its principal place of business located in Wyoming, making it a citizen of the State of Wyoming for purposes of establishing diversity jurisdiction in accordance with 28 U.S.C. § 1332.  SUC has no corporate parent and no publicly held company owns 10% or more of its stock.

UPC Holdings, Ltd. ("UPCH") is a New York business corporation with its principal place of business located in New York, making it a citizen of the State of New York for purposes of establishing diversity jurisdiction in accordance with 28 U.S.C. § 1332.  UPCH has no corporate parent and no publicly held company owns 10% or more of its stock.

Lviv Estate Holdings, Ltd. ("Lviv") is a New York business corporation with its principal place of business located in New York, making it a citizen of the State of New York for purposes

of establishing diversity jurisdiction in accordance with 28 U.S.C. § 1332.  Lviv has no corporate parent and no publicly held company owns 10% or more of its stock.

C Vanderbilt Management, Ltd. ("CVM") is a New York business corporation with its principal place of business located in New York, making it a citizen of the State of New York for purposes of establishing diversity jurisdiction in accordance with 28 U.S.C. § 1332.  CVM has no corporate parent and no publicly held company owns 10% or more of its stock.

Dated:  New York, New York
        September 13, 2024

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Eric Rieder*
    Eric Rieder
    Chris LaRocco
    Matias Gallego-Manzano
1290 Avenue of the Americas
New York, NY 10104-3300
Tele: (212) 541-2000
Facsimile: (212) 541-4630
chris.larocco@bclplaw.com
eric.rieder@bclplaw.com
matias.gallegomanzano@bclplaw.com

*Attorneys for SUC, UPCH, Lviv and CVM*