# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company*,<br><br>Plaintiff,<br>v.<br><br>VAL SKLAROV, TETYANA SKLAROV, JAITEGH "JT" SINGH, JURIST IQ CORP., SIERRA UNIVERSAL CORP., UPC HOLDINGS LTD, LVIV ESTATE HOLDINGS LTD, C VANDERBILT MANAGEMENT LTD.,<br><br>Defendants. | Case No: 1: 24-cv-00935-KPF |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Jurist IQ Corp., by and through its undersigned counsel from Dentons US LLP, submits this Corporate Disclosure Statement.

1. Jurist IQ Corp. is not a publicly traded company; and

2. No publicly traded corporation owns 10 percent or more of the stock of Jurist IQ Corp.

Date: September 13, 2024

Respectfully submitted,

**DENTONS US LLP**

*/s/ Justine N. Margolis*
Justine N. Margolis (Bar # JM1128)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-5344
Fax: (212) 768-6800
justine.margolis@dentons.com

*Counsel for Jaitegh "JT" Singh and Jurist IQ Corp.*