## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company*,<br><br>　　　　　Plaintiff,<br>　v.<br><br>VAL SKLAROV, TETYANA SKLAROV, JAITEGH "JT" SINGH, JURIST IQ CORP., SIERRA UNIVERSAL CORP., UPC HOLDINGS LTD, LVIV ESTATE HOLDINGS LTD, C VANDERBILT MANAGEMENT LTD.,<br><br>　　　　　Defendants. | Case No: 1: 24-cv-00935-KPF |

## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, Jurist IQ Corp. ("Jurist") states as follows: Jurist is a New York business corporation with its principal place of business located in New York, making it a citizen of the State of New York for purposes of establishing diversity jurisdiction in accordance with 28 U.S.C. § 1332. Jurist has no corporate parent and no publicly held company owns 10% or more of its stock.

Date: September 17, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DENTONS US LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Justine N. Margolis*
　　　　　　　　　　　　　　　　　　　　Justine N. Margolis
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　Tel: (212) 768-5344
　　　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　justine.margolis@dentons.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Jaitegh Singh*
　　　　　　　　　　　　　　　　　　　　*and Jurist IQ Corp.*