UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENMING HOLDINGS (HONG KONG) LIMITED, *a Hong Kong limited company,*<br><br>Plaintiff,<br><br>-against-<br><br>Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh, Jurist IQ Corp, Sierra Universal Corp, UPC Holdings Ltd, Lviv Estate Holdings Ltd, C Vanderbilt Management Ltd.,<br><br>Defendants. | Case No.: 24-cv-00935 |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned counsel on behalf of Defendants Val Sklarov and Tetyana Sklarov in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon the address set forth below:

> Mark S. Cohen
> Cohen & Gresser LLP
> 800 Third Avenue
> New York, NY 10022

Dated: New York, New York
       October 10, 2024

Respectfully Submitted,

*/s/ Mark S. Cohen*
Mark S. Cohen
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-7600
mcohen@cohengresser.com

*Attorney for Val Sklarov and Tetyana Sklarov*