UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CHENMING HOLDINGS (HONG KONG)
LIMITED, *a Hong Kong limited company*,

                    Plaintiff,

       – against –

Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh,
Jurist IQ Corp, Sierra Universal Corp, UPC
Holdings Ltd, Lviv Estate Holdings Ltd, C
Vanderbilt Management Ltd.,

                 Defendants.

-------------------------------------------------------------- x

24 CV 935 (KPF)

Hon. Katherine P. Failla

## DECLARATION OF TETYANA VASZILIV

I, Tetyana Vasziliv[1], pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age.

2. I am a citizen of Ukraine and three other countries.

3. I am not and have never been a citizen of the United States.

4. I am domiciled in Ukraine and have been domiciled there my entire life. Ukraine is my fixed home and principal establishment, where I intend to return whenever I am absent.

---

[1] I am named in this action as "Tetyana Sklarov."

5. I do not currently live in the United States or Ukraine. I currently live in a third country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2025.

TETYANA VASZILIV