UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHENMING HOLDINGS (HONG KONG)
LIMITED, *a Hong Kong limited company*,

                      Plaintiff,

        – against –

Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh,
Jurist IQ Corp, Sierra Universal Corp, UPC
Holdings Ltd, Lviv Estate Holdings Ltd, C
Vanderbilt Management Ltd.,

                      Defendants.

------------------------------------------------------------------ x

24 CV 935 (KPF)

Hon. Katherine P. Failla

## DECLARATION OF VAL SKLAROV

I, Val Sklarov, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age.

2. I was born in Ukraine.

3. I am a naturalized citizen of the United States and a citizen of two other countries.

4. I am domiciled in Ukraine and have been domiciled there since 2011. Ukraine is my fixed home and principal establishment, where I intend to return whenever I am absent.

5.  I do not currently live in the United States or Ukraine.  I currently live in a third

country.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on January 4, 2025.

VAL SKLAROV