UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
:
CHENMING HOLDINGS (HONG KONG)                    :
LIMITED, *a Hong Kong limited company*,          :
:
Plaintiff,          :
:       24 CV 935 (KPF)
– against –                       :
:       Hon. Katherine P. Failla
Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh, :
Jurist IQ Corp, Sierra Universal Corp, UPC       :
Holdings Ltd, Lviv Estate Holdings Ltd, C        :
Vanderbilt Management Ltd.,                      :
:
Defendants.         :
:
----------------------------------------------------------------- x

## SUPPLEMENTAL DECLARATION OF TETYANA VASZILIV

I, Tetyana Vasziliv[1], pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age.

2. I was born in Ukraine.

3. I am a citizen of Ukraine and three other countries. I am not and have never been a citizen of the United States.

4. I am domiciled in Ukraine and have been domiciled there my entire life. Ukraine is my fixed home and principal establishment, where I intend to return whenever I am absent.

    a. Attached hereto as **Exhibit 1** is a true and correct copy of my Ukrainian Passport.

---

[1] I am named in this action as "Tetyana Sklarov." My maiden name is Tetyana Vasziliv, and my married name is Tetyana Sklarov.

b. Attached hereto as **Exhibit 2** is a true and correct copy of my Ukrainian Taxpayer Identification Number Card with certified English translation, showing a date of entry into the State Register of Individuals of November 8, 2000.

c. Attached hereto as **Exhibit 3** is a true and correct copy of a Ukrainian bank account registered in my name with certified English translation.

d. Attached hereto as **Exhibit 4** is a true and correct copy of an Extract from the Registrar of the Territorial Community of Lviv with certified English translation, showing my home registration in Ukraine, and showing the date of registration as March 27, 1996.

5. I do not currently live in Ukraine because of the ongoing conflict between Russia and Ukraine.

6. I do not currently live in the United States. I currently live in Greece with my husband Val Sklarov and our children.

   a. Attached hereto as **Exhibit 5** is a true and correct copy of a car registration in my name showing that my car is registered in Greece.

   b. Attached hereto as **Exhibit 6** is a true and correct copy of a car registration in my name showing that my car is registered in Greece.

   c. Attached hereto as **Exhibit 7** is a true and correct copy of Certificates of Attendance stating that my children are currently enrolled as students at a school in Greece. Two of my children have been attending school in Greece since 2019, and the other since 2020.

7. The exhibits attached to this declaration have been redacted for sensitive information pursuant to Federal Rule of Civil Procedure 5.2 and Your Honor's Individual Rule of Practice 9.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2025.

_____
TETYANA VASZILIV