UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHENMING HOLDINGS (HONG KONG)
LIMITED, *a Hong Kong limited company*,

              Plaintiff,

  – against –

Val Sklarov, Tetyana Sklarov, Jaitegh "JT" Singh,
Jurist IQ Corp, Sierra Universal Corp, UPC
Holdings Ltd, Lviv Estate Holdings Ltd, C
Vanderbilt Management Ltd.,

             Defendants.

------------------------------------------------------------ x

24 CV 935 (KPF)

Hon. Katherine P. Failla

## SUPPLEMENTAL DECLARATION OF VAL SKLAROV

I, Val Sklarov, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age.

2. I was born in Ukraine.

3. I am a naturalized citizen of the United States and a citizen of two other countries.

4. I am domiciled in Ukraine and have been domiciled there since 2011.  Ukraine is my fixed home and principal establishment, where I intend to return whenever I am absent.

    a. Attached hereto as **Exhibit 1** is a true and correct copy of my Ukrainian Permanent Residence Permit.

    b. Attached hereto as **Exhibit 2** is a true and correct copy of my Ukrainian Taxpayer Identification Number Card with certified English translation, showing a date of registration in the State Register of May 15, 2015.

5. I do not currently live in Ukraine because of the ongoing conflict between Russia and Ukraine.

6. I do not currently live in the United States. I currently live in Greece with my wife, Tetyana Vasziliv and our children.

    a. Attached hereto as **Exhibit 3** is a true and correct copy of a utility bill in my name for our home in Greece with certified English translation.

    b. Attached hereto as **Exhibit 4** is a true and correct copy of Certificates of Attendance stating that my children are currently enrolled at a school in Greece. Two of my children have been attending school in Greece since 2019, and the other since 2020.

7. The exhibits attached to this declaration have been redacted for sensitive information pursuant to Federal Rule of Civil Procedure 5.2 and Your Honor's Individual Rule of Practice 9.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2025.

_____
VAL SKLAROV