# Exhibit 2

# TAXPAYER IDENTIFICATION NUMBER

**SKLAROV VAL**

Date of birth ▇▇▇▇ 1963

Registration number of the taxpayer's registration card from the State Register of Individuals - Taxpayers ▇▇▇▇ 7492

Date of registration in the State Register: 05/15/2015

The body of the Ministry of Revenues and Duties of Ukraine that issued the card: Main Department of the SFS in Lviv region

| Pl. of St. | [signature] | | Lemchyk Y.O. |
|---|---|---|---|
| | (signature) | | (surname and initials of the head of the department) |

No. 121/1200645                                            05/19/2015

[seal: Main Department of the SFS in Lviv region * State Register of Individuals * FOR REFERENCES]

Scanned by TapScanner

## КАРТКА ПЛАТНИКА ПОДАТКІВ

**СКЛЯРОВ ВЕЛ**

дата народження ▮▮▮▮ 1963

Реєстраційний номер облікової картки платника податків з Державного реєстру фізичних осіб - платників податків ▮▮▮▮ 7492

Дата реєстрації у Державному реєстрі 15.05.2015

Орган Міндоходів України, що і идав картку:

Головне управління ДФС у Львівській області

М.П.  
(підпис)  
№ 121/1200645

Лемчик Ю.О.  
(прізвище та ін. начальника відділу)  
19.05.2015

# TRANSLATION CERTIFICATION

**Date: 2025/02/27**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Ukrainian

To:

- English (USA)

The documents are designated as:

- Val Sklarov Taxpayer Identification Number.pdf

Cheli Rojas, Project Coordinator in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Cheli Rojas**, Project Coordinator