# Exhibit 3

| PROVISION ID | |
|---|---|
| Provision Number | 746-04 0 |
| Provision Category | Home |
| Provision Address | |
| Measurement capability | Daily |
| Supply Phases & Power | Three-Phased – 25kVA |

| UTILITY BILL ID | |
|---|---|
| Bill Number | 1241220133797463 |
| Date of issue | 01-05-2025 |
| Type | CLEARANCE |
| Consumption level in kWh | 397 |
| Commission charge | 99.42 € |
| Charge per kWh | 0.24069 € / kWh |
| Billing Period | 11-21-2024 – 12-20-2024 |
| Invoicing Days | 29 |
| Next Metering of DEDDHE | 01-24-2025 |

[logo: PROTERGIA]

Metlen Energy & Metals S.A. HOME QUARTERS: 8 ARTEMIDOS, PARADEISOS AMAROUSSIOU Postal Code: 151 25 TIN: 094316669 – OFFICE: KEFODE ATTIKIS, GEMI No.: 000757001000 A.M.S: 29XMYTILINEOSSA2
Customer Service Agiou Louka and Ikarou 1, Paiania, ZC 19002

TIN: 6970    DOY: ABROAD RESIDENT
CLIENT CODE: 0611384

SKLAROV VAL

MAROUSSI

| CONTRACT ID | |
|---|---|
| Contract Number | 8692 |
| Remaining Duration | Until December 31, 2025 |
| Billing Name | Protergia Home – Value Special |
| Minimum Period of validity of the Level of Charges | Possible amendment according to Special Term 2 |
| Bill Features | - |
| Fluctuation mechanism | YES |
| Type of Bill | VARIABLE WITHOUT FLUCTUATION LIMITS |
| Fixed Commission | YES – 4€/month |
| VARIABLE Commission Charges Basic price of commission + Fluctuation mechanism (Special Term 2) | |
| Other Commission Fees | NO |
| Commission Discounts YES – From 11/24 and on: Consistency = 71.00€/MWh. 10/24: Consistency=54.05€/MWh. For more information visit www.protergia.com | |
| Guaranty | 0.00€ |
| Utility Bill Issue | Every month |
| Settlement arrangements | - |
| Additional Contract Term | - |

| OVERALL BILL | |
|---|---|
| Commission Charge | 99.42 € |
| Excl. Adv. Power Value | 0.00 € |
| Adjustable Charges | 27.09 € |
| TOTAL ENERGY COST | 126.51 € |
| EFK | 0.87 € |
| VAT | 7.36 € |
| Charge of third parties | 22.49 € |
| Other charges/Credit (inc.VAT) | 0.00 € |
| Active Transition Fund Subsidy | -4.11 € |
| TOTAL BILL | 153.12 € |
| Previous Unpaid Bill | 77.86 € |
| Daily Interest | 0.10 € |
| Adjusted Installments | |
| ACTIVE TRANSITION FUND SUBSIDY | |
| -4.11 € | |
| TOTAL PAYABLE | |
| 231.08 € | [QR code] |
| EXPIRATION DATE | |
| 01-27-2025 | |
| PAYMENT CODE: | RF13908608000071337974604 |

### Commission Charge calculation

Analytical description of the variable commission charge can be found in the webpage:
http://protergia.gr/kymenomeni_xreosi_eidiko.pdf

NOTICE: Please proceed immediately to pay your outstanding debts. If you have already paid your debts, please disregard the notice.
For consumption from January 1, 2025 onwards, the Special Tariff is modified to 13.90€/MWh for the Independent Consistency Discount.
Persons belonging to vulnerable groups, and in particular those who need mechanical assistance, can be informed on how to apply for the Vulnerable Customers Register by calling the Customer Service Department at 18311.

[QR code]

Use QR Code or visit https://energycost.gr/ to automatically compare your bill at the PAAEY Value Compare

| COUNTER READINGS | | | | | | |
|---|---|---|---|---|---|---|
| | LAST | PREVIOUS | DIFFERENCE | kWh | CONSUMPTION | SYNF |
| Daily Energy | 46.242 | 45.845 | 397 | 1 | 397 | 1.000 |
| | | | | | | XZ |
| | | | | | | 0.00 |

| COMMISSION CHARGES ANALYSIS | | |
|---|---|---|
| | Charge/kWh | Total |
| Fixed charge | 0.0097 € | 3.87 € |
| Daily fixed charge: 3.87 € | | |
| | | |
| Commission Charge | 0.24069 € | 95.55 € |
| Daily: 397x0.24069€/kWh (Meddle level Charge)=95.55 € | | |
| [1] | | |
| TOTAL COMMISSION | 0.25043 € | 99.42 € |
| NATIONAL SUBSIDY ANALYSIS (WITHOUT ENERGY SAVING) | -4.11 € | |
| 0.01501 €/kWh x 273.79 | | |

| CUSTOMER SUPPORT |
|---|
| **ENERGY REGULATORY AUTHORITY** |
| Submission of complaints to Suppliers or Operators through an application of the Energy Regulatory Authority on https://my.rae.gr |
| **CONSUMER ADVOCATE** |
| Website: http://www.synigoroskatanaloti.gr – Tel: 210 6460862 |
| Mail: grammateia@synigoroskatanaloti.gr |
| **CONSUMER SUPPORT LINE PROTERGIA** |
| Website: http://www.protergia.gr - Tel: 18311, 210 3448500 |
| Mail: https://www.protergia.gr/el/epikoinwnia |
| **CONSUMER ASSOCIATIONS** |
| Look for the list of consumer associations on the Website: http://www.synigoroskatanaloti.gr/stk_links.html#lcat4 |
| **DEDDHE TEL FOR DEFECTS: 11500 or 2111900500** |

[barcode]
713379746041000860010002310805012 0251

| PAYMENT METHODS |
|---|
| - At the vast **network of Ptotergia shops** |
| - Online at the website https://www.protergia.gr |
| - Through the **Protergia** App with any bank card from Diners and American Express |
| - **Through Bank** (Branches, ATM, APS, web banking or by Bank order) |
| - At the **COSMOTE & GERMANOS** shops |
| See a detailed list with the banks associated and the method of payments at https://protergia.gr/eksuphrethsh-pelatwn/tropoi-plirwmhs/ |

| ENERGY MIX | | | |
|---|---|---|---|
| For environmental consequences regarding the issue of CO2 the energy you consumed was originated from: | | | |
| INTRALINKED SYSTEM (2023) | | | |
| LIGNITE | 5.5% | HYDR0-ELECTRIC | 6.7% |
| PETROLEUM | 0.0% | APE | 57.2% |
| NATURAL GAS | 30.6% | MIXES | 0.1% |

| ADJUSTED CHARGES ANALYSIS | | |
|---|---|---|
| | Unit Charges | Final Cost |
| **FEES OF TRANSFER AND DISTRIBUTION NETWORKS** | | |
| Fees of transfer and distribution system use - ADMHE | | |
| Fees per kWh consumed | 0.0084 € | 3.3507 € |
| Fees per kWh power | 0.0000 € | 0.0000 € |
| (0.00000€/kVA & year x 25kVA x 29/365) + (0.00844€/kWh x 397/kWh) | | |
| Fees of transfer and distribution network use - DEDDHE | | |
| Fees per kWh consumed | 0.0035 € | 1.3816 € |
| Fees per kWh power | 0.4731 € | 11.8284 € |
| (5.95500€/kVA & year x 25kVA x 29/365) + (0.00348€/kWh x 397/kWh/1,000) | | |
| **OTHER ADJUSTED CHARGES** | | |
| Services of public interest – YKO, not linked islands, KOT | | |
| Fees per kWh consumed | 0.0080 € | 3.17 € |
| (0.00690€/kWh x 387 kWh) + (0.05000€/kWh x 10 kWh) | | |
| Fees Of Decrease Of Pollution ETMEAP - APE | | |
| Fees per kWh consumed | 0.0170 € | 6.75€ |
| (0.01700€/KWH X 397KWH) | | |
| REAWARDABLE FEES PAE – OTHER CHARGES | | |
| OTHER CHARGES | 0.0001€ | 0.03 € |
| | | |
| SPECIAL FEES 5/1000 DETE | 0.0015€ | 0.58€ |
| **TOTAL ADJUSTABLE FEES** | | 27.09€ |

| THIRD PARTIES CHARGES ANALYSIS | |
|---|---|
| MAROUSSI MUNICIPALITY 11-21-2024 – 12-20-2024 | |
| MUNICIPAL FEES | 11.29 € |
| 111cm2 x 1.280€/cm2 x 29/365 | |
| MUNICIPAL TAXES | 3.88€ |
| 111cm2 x 0.440€/cm2 x 29/365 | |
| REAL ESTATE FEES | 4.46€ |
| 139cm2 x 1.650 x 0.70 x 0.00035 TAP X29/365 | |
| ERT FEES | 2.86€ |
| 36€ ANNUALY X 29/365 | |
| OTHER CHARGES | 0.00€ |
| **TOTAL OF NON EMNERGY CHARGES** | 22.49 € |

[logo: PROTERGIA]

Metlen Energy & Metals S.A. HOME QUARTERS: 8 ARTEMIDOS, PARADEISOS AMAROUSSIOU
Postal Code: 151 25 TIN: 094316669 – OFFICE: KEFODE ATTIKIS, GEMI No.: 000757001000
A.M.S.: 29XMYTILINEOSSA2
Agiou Louka & Ikarou 1, Paiania, Z.C. 19002

Customer Support:
210 3448 500 | protergia.gr

VISIT ONE OF OUR
**85 BRANCHES**

FIND US AT SOCIA MEDIA



| COMMISION ANALYSIS | COMMISSION CHARGES [1] | Daily Commission Analysis: (123.21x0.22000)+(273.79x0.25000)= 95.55/397=0.24069 €/kWh |
|---|---|---|
|  |  |  |

| ACCOUNT MESSAGES |
|---|
| To place a standing order for the payment of your bills, use the Bank Payment Code.<br>Save energy. Your office is likely to have a lot of electrical equipment that increases your expenses and can cause the building to overheat.<br>Always turn off equipment that is not needed, especially during non-working hours. |

## protergia

Motor Energy & Metals A.E., ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ: ΑΡΤΕΜΙΔΟΣ 8, ΠΑΡΑΔΕΙΣΟΣ ΑΜΑΡΟΥΣΙΟΥ Τ.Κ. 151 25
ΑΦΜ: 094316669 - ΔΟΥ: ΦΑΕ ΑΤΤΙΚΗΣ Αρ. Γ.Ε.ΜΗ: 000757001000 ΑΜ Σ: 29ΧΜΥΤΙΛΗΝΕΟSSA2
Εξυπηρέτηση Πελατών Αγίου Λουκά και Ικάρου 1, Παιανία, Τ.Κ. 19002

| ΑΦΜ: | ██████6970 | ΔΟΥ: | ΚΑΤΟΙΚΩΝ ΕΞΩΤΕΡΙΚΟΥ |
|---|---|---|---|
| ΚΩΔΙΚΟΣ ΠΕΛΑΤΗ: | 0611384 | | |

019536

SKLAROV VAL
██████
ΜΑΡΟΥΣΙ

### ΤΑΥΤΟΤΗΤΑ ΠΑΡΟΧΗΣ

| Αριθμός Παροχής | ██████746-04 0 |
|---|---|
| Κατηγορία Παροχής | Οικιακή |
| Διεύθυνση Παροχής | ██████ |
| Δυνατότητα Μέτρησης | Ημερήσια |
| Φάσεις & Ισχύς Παροχής | Τριφασική - 25 kVA |

### ΤΑΥΤΟΤΗΤΑ ΛΟΓΑΡΙΑΣΜΟΥ

| Α/Α Λογαριασμού | 1241220133797463 |
|---|---|
| Ημερομηνία έκδοσης | 05/01/2025 |
| Είδος | ΕΚΚΑΘΑΡΙΣΤΙΚΟΣ |
| Ύψος Κατανάλωσης σε kWh | 397 |
| Χρέωση Προμήθειας | 99,42 € |
| Χρέωση ανά kWh | 0,24069 € / kWh |
| Περίοδος Τιμολόγησης | 21/11/2024 - 20/12/2024 |
| Ημέρες Τιμολόγησης | 29 |
| Επόμενη Καταμέτρηση ΔΕΔΔΗΕ | 24/01/2025 |

### ΤΑΥΤΟΤΗΤΑ ΣΥΜΒΑΣΗΣ

| Αριθμός Σύμβασης | ██████692 |
|---|---|
| Υπολειπόμενη Διάρκεια Σύμβασης | έως 31 Δεκεμβρίου 2025 |
| Όνομα Τιμολογίου | Protergia Οικιακό - Value Special |
| Ελάχιστη Διάρκεια Ισχύος του Ύψους των Χρεώσεων | Δύναται τροποποίηση σύμφωνα με τον Ειδικό Όρο 2 |
| Ιδιαίτερα Χαρακτηριστικά Τιμολογίου | - |
| Μηχανισμός Διακύμανσης | ΝΑΙ |
| Τύπος Τιμολογίου | ΚΥΜΑΙΝΟΜΕΝΗ ΧΩΡΙΣ ΟΡΙΑ ΔΙΑΚΥΜΑΝΣΗΣ |
| Πάγια Χρέωση Προμήθειας | ΝΑΙ – 4 €/μήνα |
| Κυμαινόμενη Χρέωση Προμήθειας | Βασική Τιμή Προμήθειας + Μηχανισμός Διακύμανσης (Ειδικός Όρος 2) |
| Λοιπές Χρεώσεις Προμήθειας | ΟΧΙ |
| Εκπτώσεις Προμήθειας | ΝΑΙ – Από 11/24 και εφεξής: Με Συνέπεια=71,00€/MWh. 10/24: Με Συνέπεια=54,05€/MWh. Για περισσότερες πληροφορίες, επισκεφθείτε το www.protergia.gr |
| Εγγύηση | 0,00 € |
| Έκδοση Λογαριασμού | Κάθε 1 Μήνα |
| Διακανονισμοί Εξόφλησης | - |
| Πρόσθετοι Όροι Σύμβασης | |

### ΣΥΝΟΠΤΙΚΟΣ ΛΟΓΑΡΙΑΣΜΟΣ

| Χρέωση Προμήθειας | 99,42 € |
|---|---|
| Μείον Αξία Ρεύματος Έναντι | 0,00 € |
| Ρυθμιζόμενες Χρεώσεις | 27,09 € |
| **ΣΥΝΟΛΟ ΚΟΣΤΟΥΣ ΕΝΕΡΓΕΙΑΣ** | **126,51 €** |
| ΕΦΚ | 0,87 € |
| ΦΠΑ | 7,36 € |
| Χρεώσεις Υπέρ Τρίτων | 22,49 € |
| Άλλες Χρεώσεις / Πιστώσεις (συμπ. ΦΠΑ) | 0,00 € |
| Επιδότηση Ταμείου Ενεργειακής Μετάβασης | -4,11 € |
| **ΣΥΝΟΛΟ ΛΟΓΑΡΙΑΣΜΟΥ** | **153,12 €** |
| Προηγούμενο Ανεξόφλητο Ποσό | 77,86 € |
| Τόκοι Υπερημερίας | 0,10 € |
| Διακανονισμένες δόσεις | - |

**ΚΡΑΤΙΚΗ ΕΠΙΔΟΤΗΣΗ ΤΑΜΕΙΟΥ ΕΝΕΡΓΕΙΑΚΗΣ ΜΕΤΑΒΑΣΗΣ**
**-4,11 €**

**ΣΥΝΟΛΙΚΟ ΠΟΣΟ ΠΛΗΡΩΜΗΣ**
**231,08 €**

**ΛΗΞΗ ΠΡΟΘΕΣΜΙΑΣ ΠΛΗΡΩΜΗΣ**
**27/01/2025**

ΚΩΔΙΚΟΣ ΠΛΗΡΩΜΗΣ: RF13908608000071337974604

**ΕΙΔΟΠΟΙΗΣΗ:** Παρακαλούμε να προχωρήσετε άμεσα σε εξόφληση των ληξιπρόθεσμων οφειλών σας. Σε περίπτωση που ήδη έχετε εξοφλήσει τις οφειλές σας, παρακαλούμε αγνοήστε την ειδοποίηση.

Για την κατανάλωση από 01 Ιανουαρίου 2025 στο Ειδικό Τιμολόγιο τροποποιείται η Έκπτωση ανεξάρτητα Συνέπειας σε 13,90€/MWh.

Άτομα που ανήκουν σε ευπαθείς κοινωνικές ομάδες και ειδικότερα όσοι χρήζουν μηχανικής υποστήριξης, μπορούν να ενημερώνονται για τον τρόπο υποβολής αίτησης στο Μητρώο των Ευάλωτων Πελατών καλώντας το Τμήμα Εξυπηρέτησης Πελατών στο 18311.

### Υπολογισμός Χρέωσης Προμήθειας

Αναλυτική περιγραφή της Κυμαινόμενης Χρέωσης Προμήθειας μπορείτε να βρείτε στην ιστοσελίδα:
http://www.protergia.gr/kymainomeni_xreosi_eidiko.pdf



Χρησιμοποιήστε τον κωδικό QR ή επισκεφτείτε το https://energycost.gr/ για να συγκρίνετε αυτόματα το τιμολόγιό σας στο Εργαλείο Σύγκρισης Τιμών της ΡΑΑΕΥ

| ΕΝΔΕΙΞΕΙΣ ΜΕΤΡΗΤΗ | ΤΕΛΕΥΤΑΙΑ | ΠΡΟΗΓΟΥΜΕΝΗ | ΔΙΑΦΟΡΑ | Συντ. kWh | ΚΑΤΑΝΑΛΩΣΗ | συνφ: |
|---|---|---|---|---|---|---|
| Ενέργεια Ημέρας | 46.242 | 45.845 | 397 | 1 | 397 | 1,000 |
| | | | | | | XZ: 0,00 |

## ΑΝΑΛΥΣΗ ΧΡΕΩΣΗΣ ΠΡΟΜΗΘΕΙΑΣ

| | Χρέωση/kWh | Τελικό ποσό |
|---|---|---|
| Πάγιο | 0,0097 € | 3,87 € |
| Πάγιο Ημέρας : 3,87 € | | |
| Χρέωση Προμήθειας | 0,24069 € | 95,55 € |

Ημερήσια:397x0,24069€/kWh (Μεσοσταθμική Χρέωση)=95,55 €

[1]

| ΣΥΝΟΛΙΚΗ ΧΡΕΩΣΗ ΠΡΟΜΗΘΕΙΑΣ | 0,25043 € | 99,42 € |
|---|---|---|
| ΑΝΑΛΥΣΗ ΚΡΑΤΙΚΗΣ ΕΠΙΔΟΤΗΣΗΣ (ΧΩΡΙΣ ΕΞΟΙΚΟΝΟΜΗΣΗ ΕΝΕΡΓΕΙΑΣ) | | -4,11 € |

0,01501 €/kWh x 273,79

## ΕΝΕΡΓΕΙΑΚΟ ΜΕΙΓΜΑ

Για τις περιβαλλοντικές επιπτώσεις όσον αφορά τις εκπομπές $CO_2$ η ενέργεια που καταναλώσατε παράχθηκε από:

### ΔΙΑΣΥΝΔΕΔΕΜΕΝΟ ΣΥΣΤΗΜΑ (2023)

| ΛΙΓΝΙΤΙΚΗ | 5,5% | ΥΔΡΟΗΛΕΚΤΡΙΚΗ | 6,7% |
|---|---|---|---|
| ΠΕΤΡΕΛΑΪΚΗ | 0,0% | ΑΠΕ | 57,2% |
| ΦΥΣΙΚΟΥ ΑΕΡΙΟΥ | 30,6% | ΔΙΑΣΥΝΔΕΣΕΙΣ | 0,1% |

## ΑΝΑΛΥΣΗ ΡΥΘΜΙΖΟΜΕΝΩΝ ΧΡΕΩΣΕΩΝ

| | Μοναδιαία χρέωση | Τελικό Κόστος |
|---|---|---|
| **ΧΡΕΩΣΕΙΣ ΔΙΚΤΥΩΝ ΜΕΤΑΦΟΡΑΣ ΚΑΙ ΔΙΑΝΟΜΗΣ** | | |
| Χρεώσεις Χρήσης Συστήματος Μεταφοράς Ενέργειας – ΑΔΜΗΕ | | |
| Χρέωση ανά kWh κατανάλωσης | 0,0084 € | 3,3507 € |
| Χρέωση ανά kVA Ισχύος | 0,0000 € | 0,0000 € |

(0,00000€/kVA & έτος x 25kVA x 29/365) + (0,00844€/kWh x 397kWh )

| Χρεώσεις Χρήσης Δικτύου Διανομής Ενέργειας – ΔΕΔΔΗΕ | | |
|---|---|---|
| Χρέωση ανά kWh κατανάλωσης | 0,0035 € | 1,3816 € |
| Χρέωση ανά kVA Ισχύος | 0,4731 € | 11,8284 € |

(5,95500€/kVA & έτος x 25kVA x 29/365) + ((0,00348€/ kWh x 397kWh )/1,000)

| **ΛΟΙΠΕΣ ΡΥΘΜΙΖΟΜΕΝΕΣ ΧΡΕΩΣΕΙΣ** | | |
|---|---|---|
| Υπηρεσίες Κοινής Ωφέλειας – ΥΚΩ, Μη Διασυνδεδεμένα Νησιά, ΚΟΤ | | |
| Χρέωση ανά kWh κατανάλωσης | 0,0080 € | 3,17 € |

(0,00690 €/kWh x 387 kWh) + (0,05000 €/kWh x 10 kWh)

| Τέλος Μείωσης Εκπομπών Αερίων Ρύπων ΕΤΜΕΑΡ – ΑΠΕ | | |
|---|---|---|
| Χρέωση ανά kWh κατανάλωσης | 0,0170 € | 6,75 € |

(0,01700€/kWh x 397kWh )

| Ανταποδοτικό Τέλος ΡΑΕ – Λοιπές Χρεώσεις | | |
|---|---|---|
| Λοιπές Χρεώσεις | 0,0001 € | 0,03 € |
| Ειδικό Τέλος 5/1000 (ΔΕΤΕ) | 0,0015 € | 0,58 € |
| **ΣΥΝΟΛΟ ΡΥΘΜΙΖΟΜΕΝΩΝ ΧΡΕΩΣΕΩΝ** | | **27,09 €** |

## ΥΠΟΣΤΗΡΙΞΗ ΚΑΤΑΝΑΛΩΤΩΝ

**ΡΥΘΜΙΣΤΙΚΗ ΑΡΧΗ ΕΝΕΡΓΕΙΑΣ**
Υποβολή παραπόνων προς Προμηθευτές ή Διαχειριστές μέσω εφαρμογής της Ρυθμιστικής Αρχής Ενέργειας στο https://my.rae.gr

**ΣΥΝΗΓΟΡΟΣ ΚΑΤΑΝΑΛΩΤΗ**
Ιστοσελίδα: http://www.synigoroskatanaloti.gr - Τηλ: 210 6460862
Mail: grammateia@synigoroskatanaloti.gr

**ΓΡΑΜΜΗ ΥΠΟΣΤΗΡΙΞΗΣ ΚΑΤΑΝΑΛΩΤΩΝ PROTERGIA**
Ιστοσελίδα: http://www.protergia.gr - Τηλ: 18311, 210 3448500
Mail: https://www.protergia.gr/el/epikoinwnia

**ΕΝΩΣΕΙΣ ΚΑΤΑΝΑΛΩΤΩΝ**
Αναζητήστε τη λίστα με τις ενώσεις καταναλωτών στην Ιστοσελίδα: http://www.synigoroskatanaloti.gr/stk_links.html#lcat4

**ΤΗΛ. ΒΛΑΒΩΝ ΔΕΔΔΗΕ: 11500 ή 2111900500 (αστική χρέωση)**



7133797460410008600100023108050120251

## ΤΡΟΠΟΙ ΠΛΗΡΩΜΗΣ

- Στο διευρυμένο **δίκτυο καταστημάτων Protergia**
- **Online** στην ιστοσελίδα https://www.protergia.gr
- Μέσω της εφαρμογής της **protergia**, με οποιαδήποτε τραπεζική κάρτα εκτός από Diners και American Express
- **Μέσω τραπέζης** (καταστήματα, ATM, APS, web banking ή μέσω πάγιας εντολής τραπεζικού λογαριασμού)
- Στο δίκτυο καταστημάτων **COSMOTE & ΓΕΡΜΑΝΟΣ**

Δείτε αναλυτικά στην ιστοσελίδα μας, όλες τις συνεργαζόμενες τράπεζες και τους τρόπους πληρωμής:
https://www.protergia.gr/eksuphrethsh-pelatwn/tropoi-plirwmhs/

## ΑΝΑΛΥΣΗ ΧΡΕΩΣΕΩΝ ΥΠΕΡ ΤΡΙΤΩΝ

**ΔΗΜΟΣ ΑΜΑΡΟΥΣΙΟΥ 21/11/2024 - 20/12/2024**

| ΔΗΜΟΤΙΚΑ ΤΕΛΗ | | 11,29 € |
|---|---|---|
| 111τμ x 1,280€/τμ x 29/365 | | |
| ΔΗΜΟΤΙΚΟΙ ΦΟΡΟΙ | | 3,88 € |
| 111τμ x 0,440€/τμ x 29/365 | | |
| ΤΕΛΟΣ ΑΚΙΝΗΤΗΣ ΠΕΡΙΟΥΣΙΑΣ | | 4,46 € |
| 139τμ x 1.650 τ.ζώνης x 0.70 συντ. παλ. x 0,00035 συντ. ΤΑΠ x 29/365 | | |
| ΧΡΕΩΣΗ ΕΡΤ | | 2,86 € |
| 36€ ετήσια χρέωση x 29/365 | | |
| ΑΛΛΕΣ ΧΡΕΩΣΕΙΣ | | 0,00 € |
| **ΣΥΝΟΛΟ ΜΗ ΕΝΕΡΓΕΙΑΚΩΝ ΧΡΕΩΣΕΩΝ** | | **22,49 €** |

2



Metlen Energy & Metals A.E. ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ: ΑΡΤΕΜΙΔΟΣ 8, ΠΑΡΑΔΕΙΣΟΣ ΑΜΑΡΟΥΣΙΟΥ Τ.Κ. 151 25
ΑΦΜ: 094316669 - ΔΟΥ: ΚΕΦΟΔΕ ΑΤΤΙΚΗΣ Αρ. Γ.Ε.ΜΗ.: 000757001000, Α.Μ.Σ.: 29ΧΜΥΤΙLINEOSSA2
Εξυπηρέτηση Πελατών: Αγίου Λουκά & Ικάρου 1 Παιανία, ΤΚ 19002

Εξυπηρέτηση Πελατών
Τ.: 210 3448 500 | protergia.gr

Επισκέψου ένα από τα
85 Καταστήματά μας

Βρείτε μας στα Social Media

| ΑΝΑΛΥΣΗ ΧΡΕΩΣΗΣ ΠΡΟΜΗΘΕΙΑΣ | [1] Χρέωση Προμήθειας: | Ανάλυση Χρέωσης Ημέρας: (123,21x0,22000)+ (273,79x0,25000) = 95,55/397 = 0,24069 €/kWh |
|---|---|---|

## ΜΗΝΥΜΑΤΑ ΛΟΓΑΡΙΑΣΜΟΥ ΣΥΝΕΧΕΙΑ

Για την ανάθεση πάγιας εντολής εξόφλησης των λογαριασμών σας, χρησιμοποιήστε τον Κωδικό Πληρωμής σε Τράπεζα.

Εξοικονομήστε ενέργεια: Το γραφείο σας είναι πιθανό να έχει αρκετό ηλεκτρικό εξοπλισμό που αυξάνει τα έξοδά σας και μπορεί να προκαλέσει την υπερθέρμανση του κτηρίου. Να απενεργοποιείτε πάντα τον εξοπλισμό που δεν χρειάζεται, ιδιαίτερα στις μη εργάσιμες ώρες.
000100074175



morningtrans.com

# TRANSLATION CERTIFICATION

Date: March 4, 2025

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Greek

To:

- English (USA)

The documents are designated as:

- Utility Bill of Val Sklarov

Emily Paras, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature]*

Signature of Emily Paras