

**Justine N. Margolis**

justine.margolis@dentons.com
D   +1 212 768 5344

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

March 7, 2025 (VIA ECF)

The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Chenming Holdings (Hong Kong) Limited v. Sklarov et. al*, **Case No. 1:24-cv-00935-KPF**
       Request for Leave to File Under Seal

Dear Judge Failla:

Pursuant to Rule 9.B of Your Honor's Individual Rules of Practice, Defendants Jaitegh "JT" Singh and Jurist IQ Corp. ("Jurist," together with Mr. Singh, "Moving Defendants") respectfully request to redact the portions of their Reply Memorandum in Support of the Motion to Dismiss (the "Reply") that reference previously sealed exhibits.

The Court previously granted Moving Defendants' requests to seal confidential stock loan agreements filed as exhibits and to redact corresponding references made in Moving Defendants' Memorandum in Support of the Motion to Dismiss.  *See* ECF Nos. 100, 117.  Moving Defendants now seek to redact the same limited references to the sealed exhibits in their Reply.  Accordingly, and in line with the Court's prior order, Defendants respectfully request that the Court grant leave to redact these portions of the Reply.

We have filed this letter publicly on ECF and will also, pursuant to Rules 9.B and 9.C of Your Honor's Individual Rules of Practice, email to Chambers (i) a clean, unredacted version of the Reply, (ii) a copy of the Reply highlighting the information that has been redacted in the public ECF filing, and (iii) a courtesy copy of the as-filed version of this letter.

Respectfully submitted,

 DENTONS US LLP

/s/ *Justine N. Margolis*

Justine N. Margolis (JM1128)
*Counsel for Defendants Jaitegh Singh
and Jurist IQ Corp.*

Cc:  All counsel (via ECF)

**LuatViet** ► **Fernanda Lopes & Associados** ► **Guevara & Gutierrez** ► **Paz Horowitz Abogados** ► **Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados**
► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Application GRANTED.  The Clerk of Court is directed to maintain docket entry 136 under seal, viewable to the Court and the parties only.

The Clerk of Court is further directed to terminate the pending motion at docket entry 135.

Dated:     March 10, 2025         SO ORDERED.
           New York, New York

                                  *Katherine Polk Failla (signature)*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE