

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Allon Lifshitz
212 682 9413
alifshitz@cohengresser.com

March 10, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: <u>Chenming Holdings v. Sklarov, et al., 24 CV 935 (KPF) (S.D.N.Y.)</u>

Dear Judge Failla,

      This firm represents defendants Val Sklarov and Tetyana Sklarov (together, "Moving Defendants") in the above-captioned case.

      On March 7, 2025, Moving Defendants filed a reply brief and supplemental declarations by each of the Moving Defendants. Tetyana Sklarov's supplemental declaration (ECF No. 130) was filed with seven exhibits (ECF Nos. 130-1 through 130-7). Val Sklarov's supplemental declaration (ECF No. 131) was filed with four exhibits (ECF Nos. 131-1 through 131-4).

      In the course of submitting our documents, Tetyana Sklarov's supplemental declaration was erroneously submitted twice, once as ECF No. 129 (without exhibits), and once as ECF No. 130 (with exhibits).



March 10, 2025
Page 2

      Rule 12(f) of the Federal Rules of Civil Procedure provides that the Court "may strike from a pleading . . . any redundant . . . matter." Because ECF No. 129 is redundant, and in order to avoid confusion, Moving Defendants respectfully request that Your Honor strike ECF No. 129 from the docket pursuant to Rule 12(f).

      Respectfully submitted,

      *Allon Lifshitz*
      Mark S. Cohen
      Allon Lifshitz
      Matthew V. Povolny
      **COHEN & GRESSER LLP**
      800 Third Avenue, 21st Floor
      New York, New York 10022

cc:    All parties (via ECF)