

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Allon Lifshitz
(212) 682-9413
alifshitz@cohengresser.com

July 3, 2024

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: <u>Chenming Holdings v. Sklarov, et al., 24 CV 935 (KPF) (S.D.N.Y.)</u>

Dear Judge Failla,

      This firm represents defendants Val Sklarov and Tetyana Sklarov (together, "Defendants") in the above-captioned case.

      On June 30, 2025, the Court granted Plaintiff's motion to file a supplemental declaration in further support of its opposition to Defendants' motion to dismiss, and instructed Plaintiff to file on or before July 11, 2025.  (ECF No. 148.)  Defendants respectfully request permission to respond to Plaintiff's supplemental declaration on or before July 18, 2025.  We emailed Plaintiff's counsel on July 2, 2025 to request Plaintiff's consent, but have not yet received a response.

      Respectfully submitted,

      <u>/s/ Allon Lifshitz</u>

      Allon Lifshitz
      **COHEN & GRESSER LLP**
      800 Third Avenue, 21st Floor
      New York, New York 10022
      (212) 957-7600
      alifshitz@cohengresser.com

#2648928.4