**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHENMING HOLDINGS (HONG KONG)
LIMITED, a Hong Kong limited company,

                Plaintiff,

      -against-                           24 **CIVIL** 0935 (KPF)

                                                   __**JUDGMENT**__

VAL SKLAROV, TETYANA SKLAROV,
JAITEGH "JT" SINGH, JURIST IQ CORP,
SIERRA UNIVERSAL CORP, UPC HOLDINGS
LTD, LVIV ESTATE HOLDINGS LTD, and C
VANDERBILT MANAGEMENT LTD,

                Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 22, 2025, the Individual Defendants'

motion to dismiss the SAC pursuant to Rule 12(b)(1) is GRANTED. The SAC is dismissed

without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     September 22, 2025

                                **TAMMI M. HELLWIG**
                            _____
                                 **Clerk of Court**

                **BY:**                            _____
                                 **Deputy Clerk**